IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

CORTEZ, individually and in his official capacity as a Denver Police Officer,
BLACK, individually and in his official capacity as a Denver Police Officer,
THE DENVER POLICE DEPARTMENT, and
THE CITY AND COUNTY OF DENVER,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on:

(1) "Motion for Extension of Time to Respond to Complaint" filed by Defendants Cortez and Black (doc. # 4);

(2) "Unopposed Motion for Extension of Time to Respond to Complaint" filed by Defendants Denver Police Department and the City and County of Denver (doc. # 3);

(3) Plaintiff's "Request to Correct Record" (filed November 10, 2008) (doc. # 6); and

(4) Defendants' "Motion for Extension of Time to Respond to Complaint" (filed November 13, 2008) (doc. # 11).

Pursuant to the Order of Reference dated November 12, 2008 (doc. # 10) and the memorandum dated November 14, 2008 (doc. # 14), these matters were referred to the Magistrate Judge. Plaintiff filed his Amended Complaint on November 13, 2008. (*See* doc. # 12). The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. The "Motion for Extension of Time to Respond to Complaint" filed by Defendants Cortez and Black (doc. # 4) is denied as moot based on the filing of the Amended Complaint.

1

2. The "Unopposed Motion for Extension of Time to Respond to Complaint" filed by Defendants Denver Police Department and the City and County of Denver (doc. # 3) is denied as moot based on the filing of the Amended Complaint.

3. Plaintiff's "Request to Correct Record" (filed November 10, 2008) (doc. # 6) is **treated as a request to submit additional exhibits** and is GRANTED.

4. Defendants' "Motion for Extension of Time to Respond to Complaint" (filed November 13, 2008) (doc. # 11) is denied as moot based on the filing of the Amended Complaint.

5. In accordance with Fed. R. Civ. P. 6(a) and 12(a), Defendants shall answer or otherwise respond to the Amended Complaint **on or before December 8, 2008**.

DATED at Denver, Colorado, this 14th day of November, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge