IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

CORTEZ, individually and in his official capacity as a Denver Police Officer,
BLACK, individually and in his official capacity as a Denver Police Officer,
THE DENVER POLICE DEPARTMENT, and
THE CITY AND COUNTY OF DENVER,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Mr. Marotta's "Request to File Second Amended Complaint" (filed November 24, 2008) (doc. # 22); (2) Mr. Marotta's "Request for Computer Clearance" (filed November 24, 2008) (doc. # 23); (3) "Defendants' Partial Motion to Dismiss" (filed December 8, 2008) (doc. # 26); and (4) Mr. Marotta's "Request to File Third Amended Complaint" (filed December 16, 2008) (doc. # 32). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 10) and the memoranda dated November 25, 2008 (doc. # 25), December 8, 2008 (doc. # 28), and December 16, 2008 (doc. # 33), these matters were referred to the Magistrate Judge. A Scheduling Conference is currently set on Tuesday February 17, 2009 at 10:00 a.m. in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294. The court having reviewed the pending matters and the entire case file and being is sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    The Scheduling Conference set on Tuesday February 17, 2009 at 10:00 a.m. is hereby CONVERTED to a status conference. The parties need not comply with the deadlines set forth in the Order dated November 20, 2008 (doc. # 21).

2. The court will address all pending motions at the Status Conference.

3. Mr. Marotta will not have computer clearance for the February 17, 2009 Status Conference. With regard to future court proceedings, the court will decide Mr. Marotta's request for computer clearance at the Status Conference.

4. Defendants need not respond to Mr. Marotta's "Request to File Third Amended Complaint" (doc. # 32) until after the Status Conference. At the Status Conference, the court will set a deadline for filing a response to the Motion.

DATED at Denver, Colorado, this 17th day of December, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge