IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 08-cv-02421-CMA-CBS    FTR - Reporter Deck - Courtroom A402
Date:   February 17, 2009               Courtroom Deputy: Ginny Kramer

*Parties:*                              *Counsel:*

MICHAEL P. MAROTTA                      Pro Se

    Plaintiff,

v.

CORTEZ, Officer                         Stuart Shapiro
 et al.,                                Brian Reynolds

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**

**Court in Session: 10:07 a.m.**

Court calls case. Appearances of counsel.

The Court and counsel discuss pending motions.

The Plaintiff makes an oral Motion to Withdraw his Motions to Amend documents 22 and 32, and his Motion for Order document 23.

The Defendant makes an oral Motion to Withdraw their Motion to Dismiss document 26.

**It was ORDERED:**

    1.   That the Plaintiff's Motion to Amend/Correct/Modify Amended Complaint [#22]

filed November 24, 2008, is **withdrawn without prejudice**.

2. That the Plaintiff's Motion for Order [#23] filed November 24, 2008, is **withdrawn without prejudice.**

3. That the Defendant's Motion to Dismiss [#26] filed December 8, 2008, is **withdrawn without prejudice.**

4. That the Plaintiff's Motion to Amend/Correct/Modify Amended Complaint [#32] filed December 16, 2008, is **withdrawn without prejudice**.

5. That the Plaintiff may file a Fourth Amended Complaint **on or before March 10, 2009**, the Defendant shall file a response to the Fourth Amended Complaint within twenty (20) days of the filing of the Fourth Amended Complaint.

Hearing Concluded.

**Court in recess: 10:56 a.m.**
Total time in court:    00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.