IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

CORTEZ, individually and in his official capacity as a Denver Police Officer,
BLACK, individually and in her official capacity as a Denver Police Officer,
ROCCO-MCKEEL, individually and in his official capacity as a Denver Police Officer,
THE DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER, and
PATRICK SORAN, a private individual,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant Patrick Soran's "Joinder in Defendants Officers Cortez, Black, Rocco-McKeel, the Denver Police Department and the City and County of Denver's Motion for Extension of Time to Respond to Fourth Amended Complaint" (filed March 13, 2009) (doc. # 48). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 10) and the memorandum dated March 13, 2009 (doc. # 50), the Motion was referred to the Magistrate Judge.

    The court discourages parties from filing "joinders" in other parties' motions. A party who seeks the same relief for the same reasons reflected in another party's motion should file an independent motion, specifically identifying the relief requested and simply incorporating by reference the arguments made by the other party. Thus, the court will treat Mr. Soran's "joinder" as a motion. Accordingly, IT IS ORDERED that:

    1.    Defendant Patrick Soran's "Joinder in Defendants Officers Cortez, Black, Rocco-McKeel, the Denver Police Department and the City and County of Denver's Motion for Extension of Time to Respond to Fourth Amended Complaint" (filed March 13, 2009) (doc. # 48), treated as a motion for an extension of time to respond to the Fourth Amended

Complaint, is GRANTED.

2. Defendant Soran may answer or otherwise respond to the Fourth Amended Complaint on or before April 7, 2009.

DATED at Denver, Colorado, this 13th day of March, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge