IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

CORTEZ, individually and in his official capacity as a Denver Police Officer,
BLACK, individually and in her official capacity as a Denver Police Officer,
ROCCO-MCKEEL, individually and in his official capacity as a Denver Police Officer,
THE DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER, and
PATRICK SORAN, a private individual,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Marotta's "Request for Document" (filed March 24, 2009) (doc. # 54). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 10), Mr. Marotta's request is before the Magistrate Judge. Mr. Marotta alleges that he "never received" a copy of the court's March 13, 2009 Order (doc. # 51) and "requests that the Court resend Document # 51 to Plaintiff so that Plaintiff's files are complete."

    Copies of the filings in this civil action may be obtained from the court file at the Alfred A. Arraj U.S. Courthouse, First Floor, Room A-105, 901 19th Street, Denver, Colorado, 80294-3589. Accordingly, IT IS ORDERED that:

    1.    Mr. Marotta's "Request for Document" (filed March 24, 2009) (doc. # 54) is GRANTED on this one occasion.

    2.    The court requests that the Clerk of the Court re-mail to Mr. Marotta a copy of the court's March 13, 2009 Order (doc. # 51).

    3.    From this date forward, Mr. Marotta may obtain copies of filings in this case from the Clerk of the Court, Alfred A. Arraj U.S. Courthouse, First Floor, Room A-105, 901

19th Street, Denver, Colorado, 80294-3589.

DATED at Denver, Colorado, this 26th day of March, 2009.

BY THE COURT:


　s/Craig B. Shaffer　
United States Magistrate Judge