IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

CORTEZ, individually and in his official capacity as a Denver Police Officer,
BLACK, individually and in her official capacity as a Denver Police Officer,
ROCCO-MCKEEL, individually and in his official capacity as a Denver Police Officer,
THE DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER, and
PATRICK SORAN, a private individual,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court regarding the March 26, 2009 Order (doc. # 55) ruling on Mr. Marotta's "Request for Document" (filed March 24, 2009) (doc. # 54) and Mr. Marotta's appeal of that Order. (*See* doc. # 57). Mr. Marotta has now received a copy of the document he requested. (*See, e.g.,* doc. # 57 at ¶ 2, doc. # 56). The court's Order was not intended to alter notification to Mr. Marotta by mail of all court orders in the case. Accordingly, IT IS ORDERED that the court's March 26, 2009 Order (doc. # 55) is WITHDRAWN.

    DATED at Denver, Colorado, this 2nd day of April, 2009.

                                            BY THE COURT:

                                            s/Craig B. Shaffer
                                            United States Magistrate Judge