IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,

    Plaintiff,

v.

CORTEZ, individually and in his official capacity as a Denver Police Officer,
BLACK, individually and in her official capacity as a Denver Police Officer,
ROCCO-MCKEEL, individually and in his official capacity as a Denver Police Officer,
THE DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER, and
PATRICK SORAN, a private individual,

    Defendants.

## ORDER VACATING PREVIOUS ORDER

    This matter is before the Court *sua sponte*. Upon review of the file, the Court hereby ORDERS that this Court's Order Affirming Magistrate Judge's March 26, 2009 Order (Doc. # 81) is VACATED.

    DATED:  May   26  , 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge