IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02421-CMA-CBS

MICHAEL P. MAROTTA,
    Plaintiff,
v.

ROCCO-MCKEEL, individually and in his official capacity as a Denver Police Officer, and THE CITY AND COUNTY OF DENVER,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Marotta's "Request for Clarification Regarding Second Order Setting Scheduling Conference" (filed March 5, 2010) (doc. # 104). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 10) and the memorandum dated March 8, 2010 (doc. # 105), this matter was referred to the Magistrate Judge.

    The court notes that Mr. Marotta has not complied with the Local Rules of Practice for the United States District Court for the District of Colorado, which require that, before filing his Motion, Mr. Marotta must confer or make reasonable, good-faith efforts to confer with opposing counsel regarding the relief he requests from the court and must describe such efforts in his filing with the court. *See* D.C. COLO. LCivR 7.1A. Mr. Marotta's Request may be denied on this basis alone. Nevertheless, the court has reviewed Mr. Marotta's Request, the entire case file and the applicable law and is sufficiently advised in the premises.

    Accordingly, IT IS ORDERED that:

    1.    Mr. Marotta's "Request for Clarification Regarding Second Order Setting Scheduling Conference" (filed March 5, 2010) (doc. # 104) is GRANTED IN PART AND DENIED IN PART.

2. The caption of the case has been corrected. (*See* above).

3. In the interests of a "just, speedy, and inexpensive determination of every action and proceeding," *see* Fed. R. Civ. P. 1, the Scheduling Conference set on April 5, 2010 at 10:00 a.m. shall proceed as scheduled.

DATED at Denver, Colorado, this 11th day of March, 2010.

BY THE COURT:


　　s/Craig B. Shaffer
United States Magistrate Judge