# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

---

Civil Action No.: **08-cv-02421-CMA-CBS**                **FTR** - Reporter Deck - Courtroom A402
Date: **May 10, 2010**                                    **Courtroom Deputy:** Linda Kahoe

---

MICHAEL P. MAROTTA,                                       *Pro se*

     Plaintiff,

     v.

DENVER, CITY AND COUNTY OF,                               Stuart L. Shapiro
ROCCO MCKEEL,                                             Brian Roberts Reynolds

     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in session:       9:57 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendants' Motion for Protective Order, doc #[123], filed 4/26/2010, and Plaintiff's Initial Objection to Protective Order, doc #[125], filed 4/29/2010.

The court explains to Mr. Marotta that a Protective Order only applies during the discovery process.

Mr. Marotta orally withdraws his objection to the Protective Order.

**ORDERED**:   Plaintiff's Initial Objection to Protective Order, doc #[125] is **WITHDRAWN**.

**ORDERED:**   Defendants' Motion for Protective Order, doc #[123] is **GRANTED**.  The
              Proposed Protective Order, doc #[123-1] is accepted by the court.

Discussion regarding responses to discovery requests.

Discussion regarding the deadline for responding to discovery.  The court refers to Rule 6 of the Federal Rules of Civil Procedure.

Mr. Marotta withdraws his discovery requests served on the City.  Mr. Shapiro will withdraw his answers.

**ORDERED:**  Mr. Marotta is allowed to re-serve properly framed interrogatories and requests for production on the City.  Mr. Shapiro will respond to the new requests.

Mr. Reynolds states his position is to answer the requests already submitted.  The court states that if the responses to the requests do not comply with Rule 26(g), it will have to impose sanctions.  The court states the responses are due today.

The court states that the onus is on Mr. Marotta to file any Motions to Compel.

Discussion regarding meet and confer.


HEARING CONCLUDED.

**Court in recess**:        **11:12 a.m.**
Total time in court:    01:15