**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 08-cv-02421-WJM-CBS

MICHAEL P. MAROTTA,

      Plaintiff,

v.

ROCCO-MCKEEL, individually and in his official capacity as a Denver Police Officer,
and
THE CITY AND COUNTY OF DENVER,

      Defendants.

---

## ORDER TO CURE DEFICIENCY

---

      Plaintiff submitted a Notice of Appeal on October 24, 2011 .  The court has

determined that the document is deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
     X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.
§ 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___    is not on proper form (must use the court's current form)
     ___    is missing original signature by plaintiff/petitioner on motion
     ___    is missing affidavit
     ___    affidavit is incomplete
     ___    is missing original signature by plaintiff/petitioner on affidavit
     ___    affidavit is not notarized or is not properly notarized
     ___    other_____

Accordingly, it is

      ORDERED that Plaintiff cure the deficiencies designated above within 30 days

from the date of this order.  Any papers that Plaintiff filed in response to this order must

include the civil action number on this order.  It is

      FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a

copy of this order, an original and one copy of the following forms:  Motion and Affidavit

for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.

It is

      FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

within thirty (30) days from the date of this order, the court of appeals will be so notified.

      Dated this 26th day of October, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

2